# EXHIBIT 7
# Roberts' Statements on AC 6710

A/C 6710 arrived @ 1930L on 12/10/20, the aircraft was assigned to my zone, along with 11 other aircraft. At the start of shift, I wrote down my assigned aircraft for the evening on a separate sheet of paper but in the interium , I began getting a turnover for 3261 AOS and did not finish writing down my assigned aircraft, thereby leaving off 6710 on my sheet of paper. I then transferred the names to the common turnover (which is not user friendly and not real time), I hadn't assigned technicians to work 6710.

Throughout the evening, I was so focused on RTS of the AOS A/C 3135 and 3261, thus making 3135 AOS A/C rdy by rob of sfcc of 3261. I was also on top of dbl checking my A/C to make sure all my assigned aircraft had no delays and rdy for the mourning launch, I sent several of my techs as the evening progressed to help the other zone out because Kevin was in dire need of help, we were down 5 techs for this particular evening.

I am giving you the background of how 6710 got overlooked. I was secure in the knowledge that the evening was progressing smoothly, 3135 was RTS, 3261 parts. Were ordered for fix, 1811 arrived @ 03:20 my team accomplished the svc ck and cleared an inbound. The techs I had were team players and made A/C for both zones complete and rdy for mourning launch.

By the time I realized 6710 had been overlooked on my part, I had 6 techs go out and make sure 6710 was rdy for te mourning launch @ 0830, they also took care of the inbound.

I immediately got on the phone to planning to see what could be shed of the pkg or have the work completed @ the next mtx station, I called routing and 6710 was being routed to Tampa with 11 hrs ground time, as the 2A airframe had 10 hrs remaining, it would be tight but doable. I called planning back and they had me defer the whole pkg because of visibility had to remain on this task.

==I made sure 6710 was airworthy and rdy for 08:30 departure. I overlooked 6710, a lesson learned and a mistake not to be repeated. Upon reflection of the evening, conversing with the other leads and analyzing the situation, I will now put into place a new procedure of checks and balances to prevent aircraft getting overlooked.== This procedure will rectify the A/C count, by looking at the common turnover, listing the aircraft on a separate sheet of paper and then comparing this list against the layover view of the hub, before taking any turnover on aircraft. Also making sure every of the assigned aircraft have a name listed next to the aircraft.

Delta/Roberts

Delta000126

**Mazza, John**

---

**From:** Mazza, John
**Sent:** Saturday, December 12, 2020 9:26 AM
**To:** Roberts, Catherine A
**Subject:** 6710 overlooked

Good Morning Cathy

Thank you for providing your statement I have a couple of follow up questions;

1. Was 6710 displayed on the common turnover when you transposed the names?
2. Was 6710 your aircraft from the beginning of the shift?
3. During the 06:45 turnover did you did not discuss 6710 or its status. Please explain why not as its status at 06:45 was in question as well as its scheduled departure.
4. When I ask about the status of the under cowling inspections assigned to 6710 at the 06:45 turnover you replied "that planning was contacted and was removing them from the work package" and made no mention of the entire package not being accomplished, please explain.

Thank you, please respond by the end of today Saturday December 12, 2020

JM

**From:** Roberts, Catherine A <Catherine.Roberts@delta.com>
**Sent:** Friday, December 11, 2020 12:51 PM
**To:** Mazza, John <john.mazza@delta.com>
**Subject:** 6710 overlooked

Catherine Roberts
Dtw Lead Technician
Safety Liasion
C 734-837-3385
O 734-921-7505

1. ==& 2. Yes I do believe it was displayed as one of my last a/c on the common turnover possibly #11 if I recall and it was assigned to my zone but like I stated, the common turnover is not user friendly, not in real time, it has possibly 2-3 days of work on it and you need to decipher which day your looking at and what is the actual work for the day and it's difficult to say the least to navigate, several of us leads are having issues.== The common turnover is not real time either, it is not updated instantly as the work is punched in, the leads have to go into the layover view hub and try and put you're a/c under your zone or take the map and compare.

    The demand planning is the only real time sheet we have to look at but to look at this we need to delete all a/c that are not assigned to us and then compare and contrast to the common turnover. The layover sheet doesn't update instantaneously as things are punched in either, it's just a starter template but you need to log off and then do all over again throughout the evening.

    As I previously stated, I was writing down all my a/c from the common turnover on this particular evening and left off my sheet of paper 6710 because before finishing writing down all my a/c, I started taking turnover for 3261. I started writing down names next to a/c, then transpose them onto the common turnover and didn't realize I had not written down 6710 at that point.

3. & 4. Before the 6:45 meeting I had realized my overlook of 6710 (I don't mean to be dramatic but the blood drained from my face when I realized this) as stated I sent 6 techs out to make sure 6710 was rdy for its mourning launch of 08:30 and that there would be no delays, they even cleared the inbound. I immediately got on the phone to planning to see what could be shed of the pkg or the whole pkg but they needed the routing of 6710 to another mtx station because the 2A was down to 10.1 hours and it was going to Mex and needed to get accomplished before going to Mex, planning said to call routing and get that accomplished then to call planning back, so I called routing and was on the phone with them, to see where 6710 could be touched at a mtx station, he said he would route 6710 to Tampa. That is why I was late coming to the 6:45 meeting. I was going to call planning back after the meeting to let them know that it was going to be routed to another mtx station and the work would be done there and they could proceed with shed of the pkg or parts thereof, it is my understanding that panning is the only ones that can accomplish this but they work in conjunction with routing. The status of 6710 was not in question, it was airworthy and rdy, I was late for the meeting, you asked me about the under cowling of 6710 and I relayed what I had been told by planning and the scheduled departure was 08:30, it was not going to be delayed.

After the meeting was done, I called planning back twice, I finally got ahold of the individual I had talked with previously, He apologized and said he had others working on it as they were waiting on routing, he told me he had left work as his shift was over and gave me two different numbers to call to get ahold of Mike Forester and reference a Nia as she was working on it. I thanked him and proceeded to call the numbers several times, on the second try of the first number given, the phone was answered, I was told by the individual that answered the phone was that Mike was in a meeting and to call him back in 10 minutes, as he wasn't logged in yet and he would look at 6710. I gave him 9 minutes and called, he was still looking at this but took down my cell to call me back as he was looking at this. He called me back and stated that they routed 6710 thru Tampa with 11 hrs. ground time, with 10 hrs. left on 2A check, it was tight but doable. I asked him about the pkg for dtw, particularly about removing the under cowls as I had been told by the previous planner but he said to defer the whole pkg as

visibility had to remain on this task, I thanked him. At this point I was an hour after my shift and proceeded to defer the pkg.

## CONCLUSION

I made sure the 6710 did not take a delay, I handled my oversight of 6710 with planning and routing, a lesson learned, this is the first time I have ever had this kind of oversight as a lead. In conversation with other leads, as stated by other leads, they have admitted to this happening to them. As previously stated, I will implement a new procedure to rectify the a/c count and make sure no a/c gets overlooked on my part. I know this is detailed answers but it is the way I clarify the questions asked to the fullest of my ability and knowledge of that mourning.

**Mazza, John**

| | |
|---|---|
| **From:** | Mazza, John |
| **Sent:** | Saturday, December 12, 2020 4:32 PM |
| **To:** | Johnson, Eric B |
| **Cc:** | Bowker, Greg; Pidruzny, David A |
| **Subject:** | Fwd: 6710 overlooked |

Eric

Cathy sent a follow up email regarding my questions.
Rgrd

John Mazza

---

**From:** Roberts, Catherine A <Catherine.Roberts@delta.com>
**Sent:** Saturday, December 12, 2020 4:27:35 PM
**To:** Mazza, John <john.mazza@delta.com>
**Subject:** Fw: 6710 overlooked

John, just a add on to ques#3/4....I was trying to rectify the situation by being proactive with planning and routing in reference to 6710....I had overlooked 6710 and I answered the question about the under cowls with the info I was given from planning at that time, I did not mention that the entire work pkg had not been accomplished or that I had missed an aircraft, I was fully aware that I overlooked an aircraft and was trying to find a solution before the 6:45 meeting and I thought I had achieved that.

In honesty, I did not want to disclose my overlook in front of all the leads and my station manager to be ridiculed and criticized, I can't handle that, I portray such a tough individual, I'm tough but weakened, being the only female is very tough to say the least, I always feel like Im on an island by myself, with no one in my corner or its the good ole boy club and I'm not one of the boys. I felt awful about missing an a/c and needed to fix my mess up. I strive so hard to always do my best and give 110% as a lead, I'm always a team player and will always help when called upon, if its within my ability.

Cathy

**From:** Mazza, John <john.mazza@delta.com>
**Sent:** Saturday, December 12, 2020 8:25 AM
**To:** Roberts, Catherine A <Catherine.Roberts@delta.com>
**Subject:** 6710 overlooked

Good Morning Cathy

Thank you for providing your statement I have a couple of follow up questions;

1. Was 6710 displayed on the common turnover when you transposed the names?
2. Was 6710 your aircraft from the beginning of the shift?

1

3. During the 06:45 turnover did you did not discuss 6710 or its status. Please explain why not as its status at 06:45 was in question as well as its scheduled departure.
4. When I ask about the status of the under cowling inspections assigned to 6710 at the 06:45 turnover you replied "that planning was contacted and was removing them from the work package" and made no mention of the entire package not being accomplished, please explain.

Thank you, please respond by the end of today Saturday December 12, 2020

JM

**From:** Roberts, Catherine A <Catherine.Roberts@delta.com>
**Sent:** Friday, December 11, 2020 12:51 PM
**To:** Mazza, John <john.mazza@delta.com>
**Subject:** 6710 overlooked

Catherine Roberts
Dtw Lead Technician
Safety Liasion
C 734-837-3385
O 734-921-7505