# EXHIBIT 8

# John Mazza's Termination Recommendation



|  | **John Mazza**<br>Station Manager | **Delta Air Lines, Inc.**<br>2624 Worldgateway Pl<br>Detroit, MI 28242<br>T. +1 734 921 5423<br>F. +1 734 921 7541<br>M. +1 404 295 7019<br>John.Mazza@delta.com |

DATE: December 18, 2020

TO: Greg Bowker – Line Maintenance Director, DTW/Northeast/Midwest

FROM: John Mazza – Station Manager, DTW

SUBJECT: Recommendation for Termination of Employment
Catherine Roberts, Lead AMT, Dept 250 (EE# 350681)

On December 10th, 2020, Catherine Roberts, Lead AMT on 3rd shift, was assigned aircraft 6710. On the morning of the 11th, it was discovered Mrs. Roberts failed to assign AMTs to complete the work package on that aircraft, which included a 2A check (can only be completed at a limited number of locations). As a result, the entire work package had to be deferred and the aircraft had to be re-routed in order for the aircraft to make it back to a maintenance station before the 2A check expired. These concerns were followed up on and this is what was learned through investigation:

- Aircraft 6710 arrived into DTW at 1956 on the 10th, and was scheduled to depart to CUN the morning of the 11th at 08:35am.
- The Overnight work package was built by ATL planning at 10:57am on the 10th, and printed at 1900 on the 10th.
- Aircraft 6710 had the following work assigned to be completed the night of the 10th/morning of the 11th:

    - Service Check
    - CMR EDP Differential Press Check
    - Eng. 1&2 Under-cowl Inspection
    - Auto Stabilizer Trim Inspecion
    - Airframe 2A Check
    - Package Complied With

- During the shift turnover meeting (06:45), Mrs. Roberts was asked the status of the under-cowl inspections assigned to 6710. She replied that Planning had removed the tasks from the work package.
- It was discovered by the DTW Station Manager at 07:30 that the entire work package for 6710 was not worked, and that Mrs. Roberts had contacted ATL Planning in an attempt to have the work package removed at 06:30. Planning could not remove the work package and instructed Mrs. Roberts to defer the package in its entirety.

- As a result of the work package not being completed in DTW, a/c 6710 was routed to FLL (it was originally scheduled to go to TPA, so this was a non-routine routing) for the work package to be completed there. In addition, in order to complete the work within the allotted timeframe, AMTs from MCO were routed to FLL to supplement the staff there.
- Mrs. Roberts provided a statement in which she stated she overlooked the work package for 6710. Mrs. Roberts also stated she failed to disclose the missed work on 6710 at the 06:45 turnover due to being embarrassed and that she was attempting to resolve the issue prior to the scheduled departure.

LAMT Catherine Roberts has been repeatedly advised of the need to improve her performance on the following occasions:

1/19/2019 – Final Corrective Action Notice - Performance
8/14/2018 – Corrective Action Notice - Performance
10/18/2017 – Written Coaching - Conduct

Since receiving a Final Corrective Action on 1/19/2019, Mrs Roberts has been issued Formal Verbal Coachings about her conduct/performance on:

- 9/4/2019 - Performance
- 9/3/2019 - Conduct
- 8/4/2019 - Performance

Catherine Roberts failed to meet Delta's standards and expectations by failing to ensure scheduled tasks were completed in a timely manner, and misrepresenting the status of the work package she was responsible for completing on aircraft 6710. Catherine Roberts' poor performance/conduct negatively impacts our team and our customers. As a result, I am recommending her employment be terminated.

cc: Eric Johnson, Human Resources