# EXHIBIT 9
# HR Recommendation



**Delta Air Lines, Inc.**
Dept 219 – MSP
T. +1 612 266 8519
F. +1 404 677 2526
eric.johnson@delta.com

# MEMO

To:      Eve Rogers, Sr. HR Manager
From:    Eric Johnson, HR Manager
Date:    December 18, 2020
Re:      Recommendation for Termination of Employment

*Employee:*        Catherine Roberts, EE#00350681, Lead AMT - Dept. 250 DTW

*DOE*:             5/17/1999 (21 years 7 months)

*Current Status*:  Suspended as of 12/18/2020

*Previous Disciplinary Action:*
1/19/2019    Final Corrective Action Notice – Performance
8/14/2018    Corrective Action Notice – Performance
10/18/2017   Written Coaching - Conduct

*Summary*:
Catherine Roberts failed to assign a crew to complete a time-sensitive work package on an international-bound flight.  In addition, when questioned about the status of the work package, Mrs. Roberts misrepresented the status of the work to be performed.  Technical Operations recommends termination of her employment.

*Recommendation*:
I agree with Technical Operations; Mrs. Rogers should be asked to resign.  If she refuses, her employment should be terminated.