# EXHIBIT 10
# Termination Notice

Delta/Roberts



Eric B. Johnson
**HR Manager**

**Delta Air Lines**
4300 Glumack Dr., Ste F-1155A
St. Paul, MN 55111-3002
(612) 266-8519
Eric.Johnson@Delta.com

December 24, 2020
[Delivered via email]

Catherine Roberts
035068100
43438 Stuart Court
Canton, MI 48187

Dear Cathy,

As we have discussed, the decision has been made to terminate your employment. I realize this is a difficult time so I wanted to provide for you in writing the various options you have and the associated deadlines with each of them. You have the ability to resign in lieu of termination. Should you choose to resign, you must advise me of that decision by 12/28/2020.

According to the Company's records you are eligible to retire. In lieu of termination or resignation, you may elect to retire. If you decide to retire, you must advise me of that decision by 12/28/2020; however, your retirement date will be effective as of the next available retirement date. If you do not inform me of your decision to retire in lieu of termination, or resign, by 12/28/2020, your termination will be effective on the date of this letter for the reasons your manager discussed with you on 12/22, and I discussed with you today. In that case, you will be a terminated employee and not considered a retiree of the Company for any purpose.

Separately, you are eligible for a pension benefit, and you will want to contact the Employee Service Center (ESC) at 800-MY-DELTA to request a retirement benefit commencement package. Note, the soonest you are eligible to request a distribution under the plan is at age 55. However, completion and return of the paperwork in this package is required in order to start your pension payments and the deadlines in that package are strictly applied. If you do not return the package by the dates indicated, you could lose monthly payments.

If you would like to appeal the decision to terminate your employment, the TechOps Conflict Resolution Process (CRP) may be the avenue to explore. Some cases are not CRP eligible, so please contact the CRP Gatekeeper within 30 days from 12/22/2020 (the date you were notified of the decision) at (404) 677-1584 for more information. Finally we also have an appeal opportunity through the Equal Opportunity and Compliance team via the address below. Please include your employee number and your current mailing address and telephone number in your written appeal. Your appeal will be reviewed and a written response will be sent to you. If pursuing the matter through both the EO office and CRP, you must initiate and pursue CRP first and not concurrently.

Melissa Seppings
Director HR – Equal Opportunity and Compliance
Delta Air Lines
Dept. 955
P.O. Box 20530
Atlanta, GA 30320

If you have any questions about the appeal process, please feel free to contact me or your Station Manager, John Mazza. As a reminder, the Employee Assistance Program and WorkLife Services can be reached at 800-533-6939.

Sincerely,

*Eric B. Johnson*

Eric B. Johnson
**HR Manager**

Cc: Greg Bowker – Director Delta/RobeJtsohn Mazza – Station Manager

DELTA 00108