# EXHIBIT 11
# CRP Panel Result



# TechOps CRP Executive Summary

TO:  Don Mitacek                                                    Date: April 13, 2021

FROM:  Enrique Perez, CRP Gatekeeper

SUBJECT:  Catherine Roberts

A termination CRP was held for Catherine Roberts on March 31, 2021. After careful consideration of the testimony and the documentary evidence presented, the Review Panel provided a ruling of:

Uphold: 1
Modify: 4 (Restore Employee with demotion from lead)

A Step 4 ruling has been requested by the company. Please review the documentation pertaining to this CRP for your final decision. Per standard protocol, this deck should be reviewed and a letter issued to the employee within ten days.

Employee Information:
Catherine Roberts
43438 Stuart Ct
Canton, MI 48187

FOR INTERNAL ROUTING PURPOSES ONLY

☐ Step 4 Paperwork to Don Mitacek

☐ Letter Sent to Employee (Within 10 days)

☐ Copy of Letter Sent to Gatekeeper

☐ Return File to Gatekeeper

☐ Step 4 Decision to Leaders (Business Unit Senior Leader, Regional GM / Director and Station / Area Manager)

☐ Return File to HR

Delta000230