# EXHIBIT 12

# Donald Mitacek's Decision



**Don Mitacek**
Senior Vice President

**Delta TechOps**
1775 M H Jackson Service Road
Dept. 223
Atlanta, GA 30354-3743
T. +1 404-714-3362
Don.mitacek@delta.com

April 16, 2021

Ms. Catherine Roberts
43438 Stuart Ct
Canton, MI 48187

SUBJECT: Step Four of the Conflict Resolution Process

Dear Ms. Roberts,

I received your records for review in accordance with Step Four of the Conflict Resolution Process.

The termination of a fellow TechOps team member is never easy and is not done so lightly. Having reviewed the available information, I uphold the company's decision made to end your employment with Delta Air Lines, Inc. Prior to your termination, you were on an active Final Corrective Action Notice (FCAN) which is the last step in the Performance Development process. Being on an FCAN reflects that you did not correct previous performance issues addressed with you. As outlined in your FCAN, any further infraction or performance concerns occurring while on an active FCAN status resulted in a review for continuous employment. Based on the evidence presented at CRP, there were infractions and unsatisfactory performance that occurred that led to the ultimate decision for termination of your employment.

This concludes the Technical Operation Conflict Resolution Process.

Sincerely,

*Donald Mitacek*

Cc: Tyesha Gray, Director – Technical Operations Human Resources

Delta000231