# EXHIBIT 15

# Formal Verbal Coaching - 10/3/19 Conduct


My CAREER PORTAL

## TechOps – PD- Formal Verbal Coaching (FVC) for CATHERINE ROBERTS

### Review Dates

Originator: DAVID PIDRUZNY (00125257)
Review Period: 09/03/2019 - 09/02/2020
Due Date: 09/02/2020

### Type

Type: Conduct

### Summary

October 3, 2019

TO:      Catherine Roberts 350681

FROM:    David Pidruzny, DTW Shift Manager

SUBJECT: Formal Verbal Coaching – Conduct

Cathy, I want you to succeed as a Delta employee, but I am very concerned about your recent conduct. On Sep 3rd, 2019, you were in attendance at a Lead Meeting in the A24 Conference Room. As the meeting was wrapping up, DTW Station Manager, John Mazza went around the room to each Lead with any concerns or comments. Each individual present congratulated Wade Anderson on receiving the Chairman's Club Award. When your turn came, you acted very unprofessional with your comments to Wade as to how he won the award and asked him what he did outside of work that qualified him to win such an award. These comments caught everyone by surprise and many took offense to what you said including Wade.

Manager Comments

Cathy, your recent conduct, as well as the fact that you have not met Delta's expectations as a Leader, is unacceptable. This conduct does not fall in line with The Way We Fly or The Rules of the Road set forth by Delta's senior leadership. I expect you to immediately improve your performance by following the procedures set forth by Delta Leadership. Due to the seriousness of your situation, I am now giving you this Formal Verbal Coaching to be sure you fully understand my deep concern. This Notice will remain in your file until September 2, 2020 unless further action is required. You must make immediate and lasting improvement in your job performance if you wish to continue your employment with Delta Air Lines.

Delta's Employee Assistance Program provides confidential services at no cost as a resource to support you in managing issues you may be dealing with in or out of the workplace. For EAP assistance, you may call (800) 533-6939.

If you wish to appeal this decision, you may do so through the divisional peer review process by contacting the CRP Gatekeeper, Ed Brown at 404-714-3830.

Cathy, please understand the importance of maintaining a professional attitude and take the necessary steps to make immediate and lasting improvement in this important area of your job performance. I am confident of your ability to succeed. I am willing to assist you, but the ultimate responsibility for improvement is yours.

Regards,

David Pidruzny

I have read and fully understand the contents of this letter.

cc: John Mazza
    Employee File

### Acknowledgements

Employee:  Subjects Comments

The leads meeting that took place on Sept 3rd was mandatory, I had some personal matters to attend to at the time, I had received some news rt before the meeting began, from certain individuals that I have known for several years and whom I trust, it was told to me to" watch my back from certain leads".....I take this matter seriously, so I was not able to hide my concerns or emotions. I listen closely and communicate openly but had these severe warnings in the back of my mind.

The meeting started and John Mazza was the first speaker, it was during his conversation that he mentioned Wade Anderson to have been awarded the chairman's club award for 2019, which is a very distinguished honor, it entails servant leadership and active involvement within the community. As the meeting progressed, Tim Neville elaborated on how each person who

achieves this award is evaluated and selected. Each lead went on to say congratulations to wade and as it got to me, I said congratulations but Ive been told it was not in a pleasant manner and unprofessional.

At this point John asked if anyone had any comments or concerns, as no one was saying anything and individuals were starting to rise, I asked Wade "Wade why don't you tell us what you do outside of work within the community"? It was a simple question ( the dire warning was in the back of my mind about certain leads) the question that I asked was perceived in a not nice manner, it made for an uncomfortable feeling felt by many and it is my understanding that this caught everyone by surprise, as I'm normally a pleasant and trusting person. Wade quickly answered that "he is a private person and didn't want to talk about it".

The following evening, It was brought to my attention by Dave Pidruzny about how my question was perceived by Wade and others as being wrong and hurtful. I did not mean for it to come out the way, I was going to call Wade and apologize but thought best the apology to happen in person. I went to the hangar and privately talked to Wade in depth and sincerely apologized if my "congratulations" was not sincerely felt, I also apologized for my intrusive question, it was not meant to be that way. As I told Wade, chairmans club is truly an honor and he should be proud of his accomplishments. I explained that the question I posed might had come across as bitchy, I didn't mean it like that  and I didn't mean to put him on the spot either. He accepted my apology and we had moved on from the issue. I never explained to him what I had been told right before the meeting that evening because it wasn't relevant to my conduct that evening.

It is now two months after the incident, that I thought was handled between Wade and myself. I have discussed in depth about this incident with Dave Pidruzny and I have thought about that evening very intently. It was never my intention to hurt Wade or my conduct to be unprofessional, upon reflection, I should of just kept my question to myself or asked it in private to Wade.

On Nov 12th, I tried calling wade but he did not answer, so I put my apology in text. I apologized again about "my bitchiness that day and how it was not directed towards him, even know it might have seemed like it at the time. I told him I'm sorry if I hurt him, that was not my intention. I told him this text was from me to u....."I am honestly so very sorry, reflecting back on how I posed the question about what he does outside of work and within the community, it might have come across as bitchy, I didn't mean it like that. I just wanted u to know, I apologize again and hopefully we can move past this? (no one is directing me to do this either)".

"Again I'm truly sorry if I hurt u. I want you to enjoy every aspect of Chairmans Club, it is truly an honor and u deserve all it entails. Its quite an honor Wade and you should be proud of what you have achieved."

Signed;
Sincerely,
Cathy (a woman first and moody as hell, but still your friend)

He assured me he had accepted my apology and was over it when I came down to the hangar and talked that next morning, Sept 04, he told me we will talk when he comes back from vacation.

Manager:    has not signed yet

Statement about the leads meeting;
During the leads meeting Cathy Roberts asked Wade Anderson what were the social activities that supported his nomination?
Per Tim Neville,
Previous to Cathy's statement, Tim Neville announced that as a previous chairmen club member he conducted the interview and had selected Wade for Chairman Club nominee. He made emphasis of the applicants social involvement in his community as an important factor in his determination with regards to Wade and Robert Lehman interviews for chairman club nominee.
The "Social involvement was emphasized by others "I believe Dave Pidruzny" offered his concurrence of the importance of this distinguishment for a chairman's club nominee. I noted an emphasis on this factor but didn't question it further.
As each lead in attendance went around the room to congratulate Wade, Cathy congratulated him also and ask him what he was involved in Socially that contributed to his nominee qualification. Wade quickly replied "oh that's private". He went on and said I am a private person and don't want to talk about it. When Cathy made the request I was attentive to his answer.

Jeffrey Certo
Ld Tech DTW
724-516-4771

Smith, Richard L
Mon 10/7/2019 12:27 AM

I found it to be really nice that one of our own DTW Techs received the Chairman's Award. As we rounded the table to each congratulate Wade I ==was set back by Cathy Roberts attitude toward Wade, she was extremely rude and unprofessional asking what He did to deserve the Award. At one point she even gave Him the middle finger as she pretended to scratch her nose.==

Dave,

Here are the events to the best of my recollection. If anything further is required please don't hesitate to let me know.

Regards,
Mike

The day of the lead meeting 3 Sept, I had to call in to the meeting being on RDO. While the group was assembling for the meeting there was what I would consider normal banter going back and forth, with Cathy complaining about the smell of the food. The meeting proceeded as it should. When the time came to acknowledge Wade for his Chairman award, Cathy became quite verbal and seemed quite annoyed that he had received the award. When Tim Neville explained the criteria to get the award and the many facets that are involved in the selection process, Cathy became increasingly hostile and started peppering Wade with questions about how he deserved it and what he had actually done to deserve the award, most notably, what he had done outside of work to possibly deserve the award. Wade took the time to explain his activity. After that the meeting was spiraling down the drain and we were dismissed.

I was asked about lead meeting recap from September 3 2019.

I had phoned in for the meeting. At one point Wade Anderson was announced as having been selected to the Chairman's Club. I remember Tim Neville going over the selection criteria and Cathy Roberts kept interjecting snide comments as Tim was speaking. Tim mentioned a portion of the consideration was things the employees do outside of work and for the community. I remember Cathy saying "oh what do you do outside of work?". I took offense to this as I know Wade is active at his church, took his nephew in as a foster and he and his wife work with troubled teens and runaways. To be quite honest I thought Wade was a perfect selection. There were other spiteful comments but this was the one that bothered me to the point I texted another lead during the meeting with the following; "OMG Cathy" and the reply was " I know she's out of it".

It just seemed like she was either jealous or resentful about Wade being selected to the Chairman's Club and any chatter during the private announcement was out of line. It's a big honor to be nominated. It's an even bigger honor to be selected. The guy didn't want it publically announced, so a meeting with fellow leaders should have been a time to feel appreciated amongst peers. I found the comments to be quite offensive.

**JASON CUTCHINS**
LEAD TECHNICIAN
DTW DEPT 250
734-377-2387 cell
734-921-6755 office

LEAD MEETING September, requested statement of what had taken place.

The Lead meeting was held on my day off, so I was asked to phone in.

The meeting covered several topics, one of which was the announcement that Robert Anderson was one of the recipients of the Chairmen's Club Awards for 2019. Tim Neville went into all the different areas that are reviewed to win this award, one of which was Community Service. Cathy made a questioned what Community Service Robert did. The way it was asked it sounded like she questioned the fact that he did any. Like I stated in the beginning I was not in the room to see the reaction to the question. Thanks

Mario Scalzo

During the September leads meeting Cathy Roberts asked Robert Wade Anderson what he did on the outside of work (volunteer wise) to earn a spot in the Chairman's Club. Wade's response was " I am a private person".

This question was not directed at me. I had, nor have, any emotional ties to this question.


Tim Neville

Lead Meeting Statement for 03 Sept, 2019,

September 03 was our scheduled Lead meeting starting at 1900, All Midnight leads were present in the room our on by conference call. Mike born, Mario Scalzo, and Jason Cutchins were on the Conference call.

The meeting was started by John Mazza. He started out by congratulating me for being awarded the Chairman's Club 2019. Dave Pidruzny spoke after John and congratulated me also. Then it went around the room with Tim Neville explaining the process of being award the honor and congratulating me. It went lead by lead with the same congratulations and happiness. During this whole time Cathy Roberts was glaring at me and obviously not happy with what was announced. At the same time she was rubbing her middle finger on her nose staring at me. When it came her turn to take the only thing she did was glare me then ask "What do you do outside work to deserve this". I simply said it was private and at that point she said with a very nasty tone "Congratulations Wade". It made for a very uncomfortable feeling in the room felt by everyone.

At approx. 0620 on 04 Sep, Cathy came to the hangar and said that Dave Pidruzny had talked with her about the incident and that she was told she should come apologize. I accepted the apology and moved on from the issue, even though it was wrong and hurtful.

Wade Anderson
DTW Techops
Lead Midnights
C 734-250-1238

## Midnight Lead Meeting Statement Sept 3rd, 2019

On September 3rd I was in attendance at our annual lead meeting to discuss our shift's activities and important info. In attendance as I recall was Tim Neville, Richard Smith, Jeff Certo, Wade Anderson, Cathy Roberts, Dave Pidruzny, John Mazza and I. Also on a conference call were Mike Born, Mario Scalzo and Jason Cutchins.

The meeting started around 1915L with John Mazza as the first speaker. It was during his conversation with us that he mentioned Wade Anderson had been awarded the Chairman's Club award for 2019. Everyone in the room started to congratulate Wade for achieving this great honor. Tim Neville also elaborated on how each person who archives this award is evaluated and selected. It was at this time Cathy asked Wade, "What Community Service did you do to warrant this award?" Wade said that it was a personal matter and did not want to share that information with her. Cathy then proceeded to congratulate Wade however it was not in a pleasant manor. She said and I quote "*Congratulations Wade*" in a very condescending tone. Everyone in the room looked around at each in dismay and shock. Wade looked visibly hurt.

**Jeffrey S. Bourlier**
Delta Tech Ops
Lead AMT- DTW
Jeffrey.S.Bourlier@delta.com
Cell- 734-972-0910
Work- 734-921-6755