# EXHIBIT 16

## Formal Verbal  Coaching -
## 8/4/19 Swapping in Crew Man



# TechOps – PD- Formal Verbal Coaching (FVC) for CATHERINE ROBERTS

## Employee Information

| | | | |
|---|---|---|---|
| Last Name | ROBERTS | First Name | CATHERINE |
| Title | Lead AMT 2_Line Maintenance | Personnel Subarea / Department | 2500 LineMaintenance |
| Hire Date | 05/17/1999 | Job Code | 2500_30000201_Lead AMT 2_Line Maintenance |
| Employee ID | 00350681 | Business Unit | TechOps |
| Personnel Area / Station | DTW_MI_Detroit (1045) | Manager | DAVID PIDRUZNY |

## Review Dates

Originator      DAVID PIDRUZNY (00125257)
Review Period   08/04/2019 - 08/03/2020
Due Date        08/03/2020

## Type

Type                              Compliance

## Summary

In this section the leader will describe the issue or concern and define the impact to the organization, including specific examples.

8/ 2019

Catherine, you have been found to be moving yourself around in Crew Man on multiple occasions without getting prior approval from a Manager. During the first week of July, 2019, you and I had a conversation about seeking approval from a Manager before you change your previously assigned area. Since that time, it was discovered that you did it again on July 8th, moving yourself for Sep 12th. You also initiated a swap with another Lead on July 25th without correcting Crew Man. The schedule is set up at the beginning of the year to be fair and partial to all Leads. Any moves made are to be approved by a Manager before hand. Going forward, please seek approval from a Manager prior to changing your assigned area. I am giving you this Formal Verbal Coaching to remind you to follow the procedures set in place.

**Manager Comments**

Your success is important to me, however, if you do not follow all company policies and meet our expectations in the future, you may receive more serious Corrective Action. This letter will remain in your file until August 03, 2020 unless you receive additional written Corrective Action before that time, in which case it will remain until all written Corrective Action has expired.

Should you require assistance, I am here to help you and Delta's Employee Assistance Program provides confidential services at no cost as a resource to support you in managing issues you may be dealing with in or out of the workplace. For EAP assistance, you may call (800) 533-6939.

Catherine, please understand the importance of what we have discussed. I am confident of your ability to succeed. I am willing to assist you, but the ultimate responsibility for improvement is yours.

Kind Regards,

David Pidruzny

## Acknowledgements

By including your electronic signature in this section, you are acknowledging that have read and fully understand the contents of this letter. Your signature does not indicate agreement.

| Employee: | | 08/20/2019 |
|-----------|--|------------|
| Manager: | | 08/26/2019 |

Delta/Roberts                                                              Delta000036