# EXHIBIT A

# EEOC Charge of Discrimination

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **471-2021-01267** |

| **MICHIGAN DEPARTMENT OF CIVIL RIGHTS** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MRS. CATHERINE ROBERTS** | **(734) 983-9154** | **1968** |

| Street Address | City, State and ZIP Code |
|---|---|
| **43438 STUART CT, CANTON TWP,MI 48187** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **DELTA AIRLINES** | **501+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **2602 WORLDGATEWAY PL, DETROIT, MI 48242** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: **09-27-2020**  Latest: **12-22-2020**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I began my employment with Delta Airlines on or about May 17, 1999, and was last employed as a Lead Technician.**

**During the last few years and more recently, in or around March 2020, I complained of discrimination and harassment based on my sex (female), to HR. I was subjected to harassment in form of inappropriate sex-based videos and photos, along with derogatory sex-based comments and social media posts. On or about December 22, 2020, I was discharged allegedly for missing an aircraft. Meanwhile, similarly situated male employees have not been discharged for same or similar violations.**

**I believe I was discriminated against based on my sex (female) and in retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Catherine Roberts on 05-27-2021 11:46 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |