# EXHIBIT B
# Dave Pirudzny's Facebook Posts

8:19 

<           Dave's Life Event

 ▮▮▮▮▮▮▮▮▮▮ added work to his timeline — at **Detroit Metro Airport (DTW)**.

May 8, 2012 · 👥



## Started New Job at Delta Airlines DTW

2007 — Shift Manager Technical Operations Detroit Metro Airport (DTW)

Manage the on duty maintenance technicians

9:47

**Posts**   About   Photos

👍 [redacted] and 3 others      7 Comment

👍 Like      💬 Comment      ↗ Share

[profile] [redacted]
Feb 4, 2018 · 👥

Collingsworth needs to shut his hole or better yet, head to the Pats locker room and wait for the team on his knees!

👍😂😲 7

👍 Like                    💬 Comment



Apr 16, 2020

Too funny to not post!



8:17

**Posts**   About   Photos

Jun 30, 2020

Ok, sorry, but the Democrats have lost their fucking minds!



THEPOLITICALINSIDER.COM
**DNC Claims July 4th Celebration, Mount Rushmore 'Glorify White Supremacy'**

3    1 Commer

👍 Like    💬 Comment    ↗ Share

Posts    About    Photos

👍 Like            💬 Comment            ➢ Share



Aug 2, 2020 · 👥

I just want to punch Chuck Todd in the face! He is such a useless prick.

**Posts**   About   Photos

👍 Like                    💬 Comment


Oct 2, 2020

Hey Andrea Mitchel, FUCK YOU!!! You are not a journalist, you are a liberal douchebag just like your buddy Chuck the loser fuck Todd!!!

👍 4

👍 Like                    💬 Comment


Oct 2, 2020

Sep 30, 2020

It's been 7 years since BLM was formed. They have raised over a billion dollars. They haven't had 1 neighborhood cleanup, sent 1 poor black child to college, bought school supplies, fed the hungry, donated to a food bank or provided housing to 1 poor black family..

 Missing Context

    



Aug 12, 2020

**Posts**   About   Photos



Sep 5, 2020

**Aviation Gensan MEMES**
Sep 5, 2020

Caption this

